IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**EMERALD ISLES OF THE**
**CARIBBEAN, LTD., d/b/a**
**CENTURY 21 OF THE CARIBBEAN**

v.                                                                                              **CIVIL NO. 06-1318(DRD)**

**AUTORIZADO REAL ESTATE AND**
**CARLOS J. DOMINGUEZ**

| MOTION | RULING |
|---|---|
| **Date**<br>**Filed: 08/02/2006**       **Docket #4**<br>[X] **Plff**                               [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** Motion for voluntary Dismissal Without Prejudice | **GRANTED**. Plaintiff has appeared requesting the voluntary dismissal without prejudice under Rule 41(a)(1)(i), Fed.R.Civ.P., 28 U.S.C. Further, the record reveals that defendants have not been served process within the term provided by Rule 4(m) therefore, the Court hereby **DISMISSES** plaintiff's claims against the defendants **WITHOUT PREJUDICE**. **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 4th day of August 2006.

                                                  **S/DANIEL R. DOMINGUEZ**
                                                  **DANIEL R. DOMINGUEZ**
                                                  **U.S. DISTRICT JUDGE**